# AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED ON: 9/10/2019   INDEX NO.: 2:19-CV-05101-JMA-

JIACONG ZHANG                                                                Plaintiff(s)-Petitioner(s)

-vs-

URBAN BLUE CONSTRUCTION INC., ET. AL.

                                                                             Defendant(s)-Respondent(s)

STATE OF NEW YORK      }
COUNTY OF SARATOGA   ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On SEPTEMBER 13, 2019 at 12:05 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTION**, COMPLAINT & COVER SHEET
bearing index number: 2:19-CV-05101-JMA-  and date of filing: 9/10/2019
upon **URBAN BLUE CONSTRUCTION INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12210**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving with} **NANCY DOUGHERTY, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under Rule 306 BCL.
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on          . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.
Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of            or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE              Race/Skin Color: WHITE              Hair Color: BLACK
Approximate Age: 60 years   Approximate Height: 5'4"         Approximate Weight: 130 pounds
Other:

Subscribed and sworn before me on} SEPTEMBER 13, 2019

Notary Public, State of New York                                     Mark E. McClosky
Karen E. Rock                                                         Deponent
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021
    affidavit # 204493
    NLS # 19-10457

FIRM FILE #