UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JIACONG ZHANG,

                      Plaintiff,

   v.

URBAN BLUE CONSTRUCTION INC. and ZHANG SUN

                      Defendants.
-------------------------------------------------------------------x

Case No: 2:19-cv-05101

**REQUEST FOR CERTIFICATE OF DEFAULT**

     Plaintiff, JIACONG ZHANG, by and through his attorney, The Harrison Law Firm P.C., hereby requests entry of default of defendant URBAN BLUE CONSTRUCTION INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Baya W. Harrison, Esq.

Dated: Flushing, New York
       October 7, 2019

                                                   Respectfully submitted,
                                                   **The Harrison Law Firm P.C.**

                                                   By: *Baya W. Harrison*
                                                   Baya W. Harrison, Esq. (5678610)
                                                   The Harrison Law Firm P.C.
                                                   38-08 Union Street, Suite 11A, Flushing, NY 11354
                                                   Tel: (866) 943-2692 | Fax: (866) 943-2692
                                                   Email: bwh@heboya.com
                                                   Attorney for Plaintiff

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, the foregoing document and all attachments thereto were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"). The undersigned will serve paper copies via first-class mail to those parties indicated as non-registered participants.

                                      **The Harrison Law Firm P.C.**

                                      By: *Baya W. Harrison*
                                      Baya W. Harrison, Esq. (5678610)