UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JIACONG ZHANG,

                       Plaintiff,

    v.

URBAN BLUE CONSTRUCTION INC. and ZHANG SUN

                       Defendants.
-------------------------------------------------------------------x

Case No: 2:19-cv-05101

**CERTIFICATE OF DEFAULT**

      I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant URBAN BLUE CONSTRUCTION INC. has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant URBAN BLUE CONSTRUCTION INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York
              _____, 2019

                                          **DOUGLAS C. PALMER, Clerk of the Court**

                                          By: _____
                                              **Deputy Clerk**