UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JIACONG ZHANG,

                Plaintiff,

URBAN BLUE CONSTRUCTION INC. and ZHANG SUN

                Defendants.
-------------------------------------------------------------------X

Case No: 1:19-cv-5101

**NOTICE OF APPEARANCE**

To: The clerk of the Court and all parties of record

    I am admitted to practice in this Court and I hereby appear in this action for Defendant URBAN BLUE CONSTRUCTION INC.

Dated:    Flushing, New York
            December 18, 2019

                              Hui Chen and Associates, P.L.L.C.

                              /s/ Hui Chen
                              By:  Hui Chen, Esq.
                              *Attorneys for Defendant Urban Blue Construction Inc.*
                              136-20 38th Ave., Suite 9E
                              Flushing, NY 11354
                              Tel:  (718) 463-2666
                              Email: hui.chen@alum.cardozo.yu.edu

To: Baya W. Harrison, Esq.
The Harrison Law Firm P.C.
Attorney for Plaintiff
38-08 Union Street, Suite 11A
Flushing, NY 11354
Tel: (866) 943-2692
Fax: (866) 943-2692