UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JIACONG ZHANG,

                               Plaintiff,

Case No: 1:19-cv-5101

URBAN BLUE CONSTRUCTION INC. and ZHANG SUN

                              Defendants.
-------------------------------------------------------------------X

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for URBAN BLUE CONSTRUCTION INC. (an inactive private non-governmental party dissolved on 11/6/2019) certifies that there is no parent corporation or publicly held corporation that owns more than 10% of its stock.

Dated:      Flushing, New York
               December 18, 2019

                                            Hui Chen and Associates, P.L.L.C.

                                            _/s/ Hui Chen_____
                                            By: Hui Chen, Esq.
                                            *Attorney for Defendant, Urban Blue Construction Inc.*
                                            136-20 38th Ave., Suite 9E
                                            Flushing, NY 11354
                                            Tel: (718) 463-2666
                                            Email: hui.chen@alum.cardozo.yu.edu

To: Baya W. Harrison, Esq.
The Harrison Law Firm P.C.
Attorney for Plaintiff
38-08 Union Street, Suite 11A
Flushing, NY 11354
Tel: (866) 943-2692
Fax: (866) 943-2692