FILED
CLERK

2/4/2020 3:15 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

# CIVIL CAUSE FOR INITIAL CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  2/4/2020            TIME: 12:00 PM            TIME IN COURT: 10 min.

CASE:    **Zhang v. Urban Blue Construction Inc. et al**
         **2:19-cv-05101-JMA-ST**

APPEARANCES:     For Plaintiff: Baya Harrison

                 For Defendants: Hui Chen

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further status conference is set for
- ☒ Other:  Motion [12] is terminated and the Clerk's default against the corporation is vacated. Counsel for defendant to advise plaintiff if he will accept service for the individual defendant by close of business on 2/7/2020.  Counsel for the plaintiff to contact Chambers thereafter for direction on how to proceed.